United States District Court
For the Northern District of California

1
2
3
4
5
6
7
8                     IN THE UNITED STATES DISTRICT COURT

9                   FOR THE NORTHERN DISTRICT OF CALIFORNIA

10
IN RE GILBERT ROBLES, JR.,              No. C 11-03205 CW (PR)
11
              Petitioner.               ORDER OF DISMISSAL WITHOUT
12                                       PREJUDICE; TERMINATING ALL
                                         PENDING MOTIONS
13   _____/

14
15        The instant action was opened on June 28, 2011, when

16   Petitioner, a state prisoner, filed an <u>in forma pauperis</u>

17   application on a form provided by the United States District Court

18   for the Southern District of California.  Petitioner did not file a

19   habeas corpus petition.

20        On the same day the action was filed, the Court sent two

21   separate notifications to Petitioner informing him that his action

22   could not go forward until he filed a completed habeas corpus

23   petition and paid the filing fee or filed a completed prisoner's <u>in</u>

24   <u>forma pauperis</u> application from the Northern District of

25   California.  The Clerk of the Court sent Petitioner a blank habeas

26   corpus petition and an <u>in forma pauperis</u> application and told him

27   that he must complete the petition, and pay the fee or return the

28   completed application within thirty days or his action would be

     dismissed.

<div style="float:left">United States District Court<br>For the Northern District of California</div>

1    More than thirty days have passed and Petitioner has not

2   returned a completed habeas corpus petition, paid the filing fee or

3   returned the <u>in forma pauperis</u> application or otherwise

4   communicated with the Court.  Accordingly, this action is DISMISSED

5   WITHOUT PREJUDICE.

6    The Clerk of the Court shall close the file and terminate all

7   pending motions.

8    IT IS SO ORDERED.

9   Dated: 8/9/2011



CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

ROBERT GILBERT ROBLES JR,

        Plaintiff,

  v.

// et al,

        Defendant.
_____/

Case Number: CV11-03205 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 9, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Gilbert  Robles K11761
Kern Valley State Prison
P.O. Box 5104
D3-1180 Low
Delano,  CA 93216

Dated: August 9, 2011

        Richard W. Wieking, Clerk
        By: Nikki Riley, Deputy Clerk

**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California